# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138602 (31)

CATHERINE WILCOX, individually, and as
Next Friend of ISAAC WILCOX, a minor,
      Plaintiffs-Appellants,
and

SUNRISE HOME HEALTH SERVICES, INC.,
      Intervening Plaintiff,

v

SC: 138602
COA: 290515
Kent CC: 08-010129-NF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
      Defendant-Appellee.
_____

On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing its brief is considered, and it appearing the brief was filed September 17, 2010, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

_____
Clerk